IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL NO. 1:22-cr-120-TBM-BWR-8

LARENCIA SHENISE WOODS

### ORDER GRANTING MOTION TO DISMISS ORIGINAL INDICTMENT AND CASE

BEFORE THE COURT is the Motion [298] of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original Indictment and case in Criminal No. 1:22-cr-120-TBM-BWR-8 against the Defendant, LARENCIA SHENISE WOODS, the Defendant having pled guilty and having been sentenced to a single count Information in Criminal No. 1:23-cr-81-TBM-BWR. The Court finds that the motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED AND ADJUDGED that the original Indictment and case in Criminal No. 1:22-cr-120-TBM-BWR-8 against the Defendant, LARENCIA SHENISE WOODS, is hereby dismissed without prejudice.

THIS the 12th day of June, 2024.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE